UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03-MJ-00093

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| WINCESLAS ALZUPHAR | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the warrant for arrest in the above-captioned unlawful flight to avoid prosecution matter, because Mr. Alzuphar was apprehended and will be prosecuted by local authorities.

This the 19th day of August, 2014.

THOMAS G. WALKER
United States Attorney

_//Ethan A. Ontjes_
ETHAN A. ONTJES
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED. This 19 day of August 2014.

JAMES C. DEVER III
Chief United States District Judge